[No. 7451–2–I.   Division One.   September 29, 1980.]

THE CITY OF SEATTLE, *Respondent*, v. STANFORD
JACOBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88183, Warren Chan, J., entered March 15, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Andersen, JJ.

[No. 7351–6–I.   Division One.   September 29, 1980.]

THE STATE OF WASHINGTON, *Appellant*, v. EARL
ANTHONY JOSEPH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 71128, Robert M. Elston, J., entered February 8, 1979. *Affirmed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., Andersen, J., dissenting.

[No. 7251–0–I.   Division One.   September 29, 1980.]

GARY SAFADAGO, ET AL, *Respondents*, v. WALDO GENERAL
HOSPITAL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 796299, H. Joseph Coleman, J., entered December 15, 1978. *Affirmed* by unpublished per curiam opinion.

[No. 3198–5–III.   Division Three.   September 30, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L.
SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 26282, Harold D. Clarke, J., entered December 18, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.